WOLFE B. FEIGENBAUM, Individually and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and All Stockholders of the Said FOLK-

LAND APARTMENTS, INC., Appellant, v. BENJAMIN FEIGENBAUM, Defendant, Impleaded with NEW YORK STATE TEACHERS RETIREMENT SYSTEM and Others, Respondents.— Judgment and order, so far as appealed from, unanimously affirmed, with costs to respondents New York State Teachers Retirement System, Bankers Trust Company and Central Hanover Bank and Trust Company. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.